UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

Date: September 10, 2008                                              HONORABLE MICHAEL E. ROMERO, Presiding

| | | |
|---|---|---|
| In re: **Ralph J. Rivera and Colleen L. Cover-Rivera** | Debtors. | Case No. 06-13894-MER<br>Chapter 7 |
| **Simon Rodriguez, Chapter 7 Trustee** | Plaintiff | Adversary Proceeding<br>No. 06-1774-MER |
| **Steven Dillman dba Steve's Cars** | v.<br>Defendant. | |

Appearances

| | | | |
|---|---|---|---|
| Plaintiff | Simon Rodriguez | Counsel | David Wadsworth |
| Defendant | Steven Dillman dba Steve's Cars | Counsel | Gregory Bell and Lori Stirman |
| Defendant | | Counsel | |

Proceedings: Defendant's Motion to Set Aside Default Monetary Judgment and for Stay of Execution Pending Determination (Docket #13), Trustee's Response thereto (Docket #18), and Defendant's Reply (Docket #22).

**The Court heard arguments from counsel.**

[ ] Witnesses sworn          [ ] See attached list          [ ] Exhibits entered          [ ] See attached list

Orders:

[X] The Court holds this matter in abeyance pending a ruling from the 10th Circuit Bankruptcy Appellate Panel in the appeals of Rodriguez v. Drive Financial Services, LP (In re Trout), --- B.R. ----, 2008 WL 4097417 (Bankr. D. Colo. 2008) and Rodriguez v. DaimlerChrysler Financial Services America, LLC (In re Bremer), --- B.R. ----, 2008 WL 4097418 (Bankr. D. Colo. 2008). The Court directed Mr. Wadsworth to advise the Court when a ruling from the BAP has been rendered.

Date: September 10, 2008            FOR THE COURT:
                                    *Bradford L. Bolton, Clerk*

                                    By: *[signature]*